JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In re<br><br>THORPE INSULATION CO., *et al.*,<br><br>　　　　　Debtors.<br>_____<br><br>MOTOR VEHICLE CASUALTY CO., *et al.*,<br><br>　　　　　Appellants,<br><br>　　v.<br><br>THORPE INSULATION CO.,<br><br>　　　　　Appellee. | Case No.: 2:09-cv-01453-DSF<br><br>On appeal from the U.S. Bankruptcy Court for the Central District of California (Hon. Sheri Bluebond)<br><br>Bankr. Case No. 2:07-bk-19271-BB (Jointly Administered with Bankr. Case No. 2:07-bk-20016-BB)<br><br>**ORDER DISMISSING APPEAL** |

The Court, having reviewed Appellants' Response to Order to Show Cause and Appellee Thorpe Insulation Co.'s Reply thereto, and having previously entered an Order dismissing this interlocutory appeal that was entered under case number CV 08-246 DSF (Dkt. No. 125), it is hereby

ORDERED that this appeal is dismissed and the case is closed.

Dated: 7/30/10

_____
Hon. Dale Fischer